UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| BANK OF AMERICA, N.A., | ) | 3:16-cv-00127-HDM-WGC |
| Plaintiff, | ) | |
| | ) | ORDER |
| vs. | ) | |
| SIERRA CEDARS CONDOMINIUM HOMEOWNERS ASSOCIATION, LVDG SERIES 200, LLC, THUNDER PROPERTIES, INC., and HAMPTON & HAMPTON COLLECTIONS, LLC, | ) | |
| Defendant. | ) | |

Defendant Sierra Cedars Condominium Homeowner's motion to dismiss, or in the alternative, motion for summary judgment (ECF No. 15) and Hampton & Hampton Collections, LLC's motion for summary judgment (ECF No. 9) are **DENIED WITHOUT PREJUDICE** to renew at the close of discovery.

IT IS SO ORDERED.

DATED: This 10th day of August, 2016.

_____
UNITED STATES DISTRICT JUDGE