# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., | 3:16-cv-00127-HDM-WGC |
| Plaintiff, | |
| vs. | ORDER |
| SIERRA CEDARS CONDOMINIUM HOMEOWNERS ASSOCIATION, LVDG SERIES 200, LLC, THUNDER PROPERTIES, INC., and HAMPTON & HAMPTON COLLECTIONS, LLC, | |
| Defendant. | |

On April 5, 2017, the court stayed this action pursuant to the stipulation of the parties pending final resolution of the Ninth Circuit's decision in *Bourne Valley Court Trust v. Wells Fargo Bank, N.A.*, 832 F.3d 1154 (9th Cir. 2016) and the Nevada Supreme Court's decision in *Saticoy Bay LLC Series 350 Durango 104 v. Wells Fargo Home Mortgage, a Div. of Wells Fargo Bank, N.A.*, 388 P.3d 970 (Nev. 2017) (ECF No. 42). At the time the stay was entered, several discovery deadlines remained pending and the dispositive motions deadline had not yet passed. The stipulation provided that within 45 days of final resolution of all *Bourne Valley* and/or *Saticoy Bay* proceedings the parties would submit a joint status

1

report and renewed discovery plan and scheduling order for the court's approval.

On August 11, 2017, the parties submitted their joint status report and proposed scheduling order (ECF No. 43). On August 29, 2017, plaintiff filed a motion to partially lift the stay to allow for the filing of dispositive motions on the effect of the *Bourne Valley* decision and a motion for partial summary judgment (ECF Nos. 44 & 45).

Restricting dispositive motions to the *Bourne Valley* issue alone would not serve judicial economy or the interests of justice. Accordingly, the plaintiff's motion to partially lift the stay (ECF No. 44) is **GRANTED IN PART**. The stay entered by the court on April 5, 2017, is hereby **VACATED**. Plaintiff's motion for partial summary judgment (ECF No. 45), filed without leave of court and before the stay was lifted, is hereby **STRICKEN** without prejudice should plaintiff elect to file a renewed motion for summary judgment that raises all arguments it seeks to advance on summary judgment. The proposed scheduling order submitted by the parties on August 11, 2017 (ECF No. 43) is referred to the magistrate judge.

IT IS SO ORDERED.

DATED: This 30th day of August, 2017.

_____
UNITED STATES DISTRICT JUDGE