ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
VATANA LAY, ESQ.
Nevada Bar No. 12993
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: vatana.lay@akerman.com

*Attorneys for Plaintiff Bank of America, N.A.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., <br><br> Plaintiff, <br><br> v. <br><br> SIERRA CEDARS CONDOMINIUM HOMEOWNERS ASSOCIATION; LVDG SERIES 200, LLC; THUNDER PROPERTIES, INC.; HAMPTON & HAMPTON COLLECTIONS, LLC, <br><br> Defendants. | Case No.: 3:16-cv-00127-HDM-WGC <br><br> **STIPULATION AND ORDER TO EXTEND DISPOSITIVE MOTIONS DEADLINE (FIRST REQUEST)** |

Plaintiff Bank of America, N.A. (**BANA**), by and through its attorneys of record, Akerman LLP; defendant Sierra Cedars Condominium Association (**Sierra Cedars**), by and through its counsel Lipson Neilson Cole Seltzer & Garin, defendant Hampton & Hampton Collections LLC, by and through its counsel Brandon E. Woods, Esq., and defendants Thunder Properties Inc. (**Thunder**) and LVDG Series 200 LLC (**LVDG**), by and through their counsel Roger P. Croteau & Associates Ltd., hereby submit this stipulation and order extending the dispositive motions deadline.

1. The dispositive motions deadline passed on March 7, 2018. Sierra Cedars filed a timely summary judgment motion, and Thunder and LVDG do not intend to file a summary judgment motion. BANA intends to file a summary judgment motion, but owing to personal matters its counsel failed to prepare a timely motion.

1

44314459;1

AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

2. BANA contacted all other parties for an extension on March 7. All parties agreed by March 8.

3. The parties agree to extend the dispositive motions deadline two weeks.

4. Dispositive motions shall be due on March 21, 2018.

DATED this 8th day of March, 2018.

| **AKERMAN LLP** | **HAMPTON & HAMPTON COLLECTIONS, LLC** |
|---|---|
| */s/ Vatana Lay* <br> ARIEL E. STERN, ESQ. <br> Nevada Bar No. 8276 <br> VATANA LAY, ESQ. <br> Nevada Bar No. 12993 <br> 1635 Village Center Circle, Suite 200 <br> Las Vegas, NV 89134 <br><br> *Attorneys for Bank of America, N.A.* | */s/ Brandon E. Wood* <br> BRANDON E. WOOD, ESQ. <br> Nevada Bar No. 12900 <br> 6224 West Desert Inn Road <br> Las Vegas, Nevada 89146 <br><br> *Attorney for Hampton & Hampton Collections, LLC* |
| **LIPSON NEILSON COLE SELTZER & GARIN, P.C.** | **ROGER P. CROTEAU & ASSOCIATES, LTD.** |
| */s/ David A. Clark* <br> DAVID A. CLARK, ESQ. <br> Nevada Bar No. 4443 <br> JOSEPH P. GARIN, ESQ. <br> Nevada Bar No. 6653 <br> KALEB D. ANDERSON, ESQ. <br> Nevada Bar No. 7582 <br> 9900 Covington Cross Drive, Suite 120 <br> Las Vegas, Nevada 89144 <br><br> *Attorneys for Sierra Cedars Condominium Homeowners Association* | */s/ Timothy E. Rhoda* <br> ROGER P. CROTEAU, ESQ. <br> Nevada Bar No. 4958 <br> TIMOTHY E. RHODA, ESQ. <br> Nevada Bar No. 7878 <br> 9120 West Post Road, Suite 100 <br> Las Vegas, Nevada 89148 <br><br> *Attorneys for LVDG Series 200, LLC and Thunder Properties, Inc.* |

**IT IS SO ORDERED.**

*Howard D. McKibben*

**UNITED STATES DISTRICT JUDGE**

DATED: March 8, 2018

44314459;1