ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
VATANA LAY, ESQ.
Nevada Bar No. 12993
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: vatana.lay@akerman.com

*Attorneys for Plaintiff Bank of America, N.A.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., | Case No.: 3:16-cv-00127-HDM-WGC |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO EXTEND BANK OF AMERICA N.A.'S DEADLINE TO OPPOSE SIERRA CEDARS' MOTION FOR SUMMARY JUDGMENT** |
| SIERRA CEDARS CONDOMINIUM HOMEOWNERS ASSOCIATION; LVDG SERIES 200, LLC; THUNDER PROPERTIES, INC.; HAMPTON & HAMPTON COLLECTIONS, LLC, | **(FIRST REQUEST)** |
| Defendants. | |

Plaintiff Bank of America, N.A. (**BANA**), by and through its attorneys of record, Akerman LLP and defendant Sierra Cedars Condominium Association (**Sierra Cedars**), by and through its counsel Lipson Neilson Cole Seltzer & Garin hereby submit this stipulation and order extending BANA's deadline to respond to Sierra Cedars' motion for summary judgment (ECF No. 52).

1.      Sierra Cedars filed a motion for summary judgment on March 7, 2018. BANA's response is currently due on March 28, 2018.

2.      The parties have stipulated to extend BANA's deadline to respond to Sierra Cedars' motion by two weeks. The parties certify that the extension is not sought for the purpose of undue delay or to cause prejudice to any party.

/ / /

AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

44585414;1

3.  BANA's response shall be due on April 11, 2018.

DATED this 26th day of March, 2018.

| **AKERMAN LLP** | **LIPSON NEILSON COLE SELTZER & GARIN, P.C.** |
|---|---|
| /s/ Vatana Lay<br>ARIEL E. STERN, ESQ.<br>Nevada Bar No. 8276<br>VATANA LAY, ESQ.<br>Nevada Bar No. 12993<br>1635 Village Center Circle, Suite 200<br>Las Vegas, NV 89134<br><br>*Attorneys for Bank of America, N.A.* | /s/ David A. Clark<br>DAVID A. CLARK, ESQ.<br>Nevada Bar No. 4443<br>JOSEPH P. GARIN, ESQ.<br>Nevada Bar No. 6653<br>KALEB D. ANDERSON, ESQ.<br>Nevada Bar No. 7582<br>9900 Covington Cross Drive, Suite 120<br>Las Vegas, Nevada 89144<br><br>*Attorneys for Sierra Cedars Condominium Homeowners Association* |

**IT IS SO ORDERED.**

*Howard D McKibben*

_____
**UNITED STATES DISTRICT JUDGE**

DATED:   March 26, 2018

44585414;1

**AKERMAN LLP**
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572