ROGER P. CROTEAU, ESQ.
Nevada Bar No. 4958
TIMOTHY E. RHODA, ESQ.
Nevada Bar No. 7878
ROGER P. CROTEAU & ASSOCIATES, LTD.
9120 West Post Road, Suite 100
Las Vegas, Nevada 89148
(702) 254-7775
(702) 228-7719 (facsimile)
croteaulaw@croteaulaw.com
*Attorney for Defendants*
**THUNDER PROPERTIES, INC.
AND LVDG, LLC [SERIES 200]**

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| BANK OF AMERICA, N.A., <br><br> Plaintiff, <br><br> vs. <br><br> SIERRA CEDARS CONDOMINIUM HOMEOWNERS ASSOCIATION; LVDG SERIES 200, LLC; THUNDER PROPERTIES, INC., HAMPTON & HAMPTON COLLECTIONS, LLC, <br><br> Defendants. | Case No. 3:16-cv-00127-HDM-WGC |

**STIPULATION AND ORDER TO EXTEND TIME TO
RESPOND TO MOTION FOR SUMMARY JUDGMENT**
(First Request)

COMES NOW Plaintiff, BANK OF AMERICA, N.A., and Defendants, THUNDER PROPERTIES, INC. and LVDG, LLC [SERIES 200]; SIERRA CEDARS CONDOMINIUM HOMEOWNERS ASSOCIATION; and HAMPTON & HAMPTON COLLECTIONS, LLC, by and through their undersigned counsel, and hereby stipulate and agree as follows:

1. On March 21, 2018, Plaintiff filed a Motion for Summary Judgment herein [ECF #55]. Responses are presently due on April 11, 2018.

2. Defendants' counsel have been required to devote time and attention to numerous

ROGER P. CROTEAU & ASSOCIATES, LTD.
• 9120 W. Post Road, Suite 100 • Las Vegas, Nevada 89148 •
Telephone: (702) 254-7775 • Facsimile (702) 228-7719

other pending legal matters since the filing of the Motion for Summary Judgment which have detracted from the time available prepare a response.

3. Based upon the foregoing, Defendants have requested and shall be granted an extension of time until April 25, 2018, in which to respond to the Plaintiff's Motion for Summary Judgment.

4. This Stipulation is made in good faith and not for purpose of delay.

Dated this  9th  day of April, 2018.

| ROGER P. CROTEAU & ASSOCIATES, LTD. | AKERMAN, LLP |
|---|---|
| /s/ *Timothy E. Rhoda* <br> TIMOTHY E. RHODA, ESQ. <br> Nevada Bar No. 7878 <br> 9120 West Post Road, Suite 100 <br> Las Vegas, Nevada 89148 <br> (702) 254-7775 <br> croteaulaw@croteaulaw.com <br> ***Attorney for Defendants*** <br> ***Thunder Properties, Inc.*** <br> ***and LVDG, LLC [Series 200]*** | /s/ *Vatana Lay* <br> VATANA LAY, ESQ. <br> Nevada Bar No. 12993 <br> 1635 Village Center Circle, Suite 200 <br> Las Vegas, NV 89134 <br> 702-634-5000 <br> 702-380-8572 (fax) <br> vatana.lay@akerman.com <br> ***Attorney for Plaintiff*** <br> ***Bank of America, N.A.*** |
| NEVADA ASSOCIATION SERVICES, INC. | LIPSON NEILSON COLE SELTZER GARIN, PC |
| /s/ *Brandon Wood* <br> BRANDON E. WOOD, ESQ. <br> Nevada Bar No. 12900 <br> 6224 West Desert Inn Road <br> Las Vegas, NV 89146 <br> 702-804-8885 <br> 702-804-8887 (fax) <br> brandon@nas-inc.com <br> ***Attorney for Defendant*** <br> ***Hampton & Hampton Collections, LLC*** | /s/ *David A. Clark* <br> DAVID A. CLARK, ESQ. <br> Nevada Bar No. 4443 <br> 9900 Covington Cross Dr. Suite 120 <br> Las Vegas, NV 89144 <br> 702-382-1500 <br> dclark@lipsonneilson.com <br> ***Attorney for Defendant*** <br> ***Sierra Cedars Condominium Homeowners Association*** |

**IT IS SO ORDERED.**

By: *Howard D. McKibben*
     Judge, U.S. District Court

Dated:  April 10, 2018