ROGER P. CROTEAU, ESQ.
Nevada Bar No. 4958
TIMOTHY E. RHODA, ESQ.
Nevada Bar No. 7878
ROGER P. CROTEAU & ASSOCIATES, LTD.
9120 West Post Road, Suite 100
Las Vegas, Nevada 89148
(702) 254-7775
(702) 228-7719 (facsimile)
croteaulaw@croteaulaw.com
*Attorney for Defendants*
**THUNDER PROPERTIES, INC.
AND LVDG, LLC [SERIES 200]**

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| BANK OF AMERICA, N.A., <br><br> Plaintiff, <br><br> vs. <br><br> SIERRA CEDARS CONDOMINIUM HOMEOWNERS ASSOCIATION; LVDG SERIES 200, LLC; THUNDER PROPERTIES, INC., HAMPTON & HAMPTON COLLECTIONS, LLC, <br><br> Defendants. | Case No. 3:16-cv-00127-HDM-WGC |

**STIPULATION AND ORDER TO EXTEND TIME TO
RESPOND TO MOTION FOR SUMMARY JUDGMENT**
(Second Request)

COMES NOW Plaintiff, BANK OF AMERICA, N.A., and Defendants, THUNDER PROPERTIES, INC. and LVDG, LLC [SERIES 200]; SIERRA CEDARS CONDOMINIUM HOMEOWNERS ASSOCIATION; and HAMPTON & HAMPTON COLLECTIONS, LLC, by and through their undersigned counsel, and hereby stipulate and agree as follows:

1. On March 21, 2018, Plaintiff filed a Motion for Summary Judgment herein [ECF #55].

2. On April 9, 2018, the parties submitted a stipulation extending the deadline to respond to said Motion for Summary Judgment until April 25, 2018. [ECF #58].

Said Stipulation was approved on April 10, 2018. [ECF #59].

3. Defendants' counsel have been required to devote time and attention to numerous other pending legal matters since the filing of the Motion for Summary Judgment which have detracted from the time available prepare a response.

4. In addition, the parties have recently entered into settlement negotiations that may resolve this matter. Rather than incur additional costs and fees at this time, the parties prefer to devote their resources to a potential settlement.

5. Based upon the foregoing, Defendants have requested and shall be granted an extension of time until May 28, 2018, in which to respond to the Plaintiff's Motion for Summary Judgment.

6. This Stipulation is made in good faith and not for purpose of delay.

Dated this ___24th___ day of April, 2018.

| ROGER P. CROTEAU & ASSOCIATES, LTD. | AKERMAN, LLP |
|---|---|
| /s/ *Timothy E. Rhoda*<br>TIMOTHY E. RHODA, ESQ.<br>Nevada Bar No. 7878<br>9120 West Post Road, Suite 100<br>Las Vegas, Nevada 89148<br>(702) 254-7775<br>croteaulaw@croteaulaw.com<br>***Attorney for Defendants***<br>***Thunder Properties, Inc.***<br>***and LVDG, LLC [Series 200]*** | /s/ *Vatana Lay*<br>VATANA LAY, ESQ.<br>Nevada Bar No. 12993<br>1635 Village Center Circle, Suite 200<br>Las Vegas, NV 89134<br>702-634-5000<br>702-380-8572 (fax)<br>vatana.lay@akerman.com<br>***Attorney for Plaintiff***<br>***Bank of America, N.A.*** |
| NEVADA ASSOCIATION SERVICES, INC. | LIPSON NEILSON COLE SELTZER GARIN, PC |
| /s/ *Brandon Wood*<br>BRANDON E. WOOD, ESQ.<br>Nevada Bar No. 12900<br>6224 West Desert Inn Road<br>Las Vegas, NV 89146<br>702-804-8885<br>702-804-8887 (fax)<br>brandon@nas-inc.com<br>***Attorney for Defendant***<br>***Hampton & Hampton Collections, LLC*** | /s/ *David A. Clark*<br>DAVID A. CLARK, ESQ.<br>Nevada Bar No. 4443<br>9900 Covington Cross Dr. Suite 120<br>Las Vegas, NV 89144<br>702-382-1500<br>dclark@lipsonneilson.com<br>***Attorney for Defendant***<br>***Sierra Cedars Condominium Homeowners Association*** |

ROGER P. CROTEAU & ASSOCIATES, LTD.
• 9120 W. Post Road, Suite 100 • Las Vegas, Nevada 89148 •
Telephone: (702) 254-7775 •Facsimile (702) 228-7719

Case No. 3:16-cv-00127-HDM-WGC
STIPULATION AND ORDER TO EXTEND TIME TO
RESPOND TO MOTION FOR SUMMARY JUDGMENT (Second Request)

**IT IS SO ORDERED.**

By: _Howard D. McKibben_
   Judge, U.S. District Court

Dated: April 24, 2018