LIPSON NEILSON P.C.
KALEB D. ANDERSON, ESQ.
Nevada Bar No. 7582
DAVID A. CLARK
Nevada Bar No. 4443
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144
(702) 382-1500 - Telephone
(702) 382-1512 - Facsimile
kanderson@lipsonneilson.com
dclark@lipsonneilson.com

*Attorneys for Defendant Sierra Cedars Condominium Homeowners Association*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A.,<br><br>    Plaintiff,<br><br>v.<br><br>SIERRA CEDARS CONDOMINIUM HOMEOWNERS ASSOCIATION; LVDG SERIES 200, LLC; THUNDER PROPERTIES, INC.; HAMPTON & HAMPTON COLLECTIONS, LLC,<br><br>    Defendants. | CASE NO.: 3:16-cv-00127-HDM-WGC<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO BANK OF AMERICA, N.A.'S MOTION FOR SUMMARY JUDGMENT**<br><br>**(THIRD REQUEST)** |

COME NOW Plaintiff, Bank of America, N.A., and Defendants, Thunder Properties, Inc. and LVDG, LLC [Series 200]; Sierra Cedars Condominium Association; and Hampton & Hampton Collections, LLC, by and through their undersigned counsel, hereby stipulate and agree as follows:

1. On March 21, 2018, Plaintiff filed a Motion for Summary Judgment [ECF No. 55].

2. On April 9, 2018, the parties submitted a stipulation extending the deadline to respond to said Motion for Summary Judgment until April 25, 2018 [ECF No. 58]. Said stipulation was approved on April 10, 2018 [ECF No. 59].

45336599;1

3. On April 24, 2018, the parties submitted a second stipulation extending the deadline to respond to said Motion for Summary Judgment until May 28, 2018 [ECF No. 61]. Said Stipulation was approved on April 24, 2018 [ECF No. 62].

4. The parties have entered into settlement negotiations that may resolve this matter. Parties are informed that BANA is still in the process of considering the settlement offer.

5. Based on the foregoing, Defendants have requested and shall be granted an extension of time until Tuesday, June 12, 2018, to respond to Plaintiff's motion for Summary Judgment.

6. The parties certify that this Stipulation is made in good faith and the extension is not sought for the purpose of undue delay or to cause prejudice to any party.

DATED this 30th day of May, 2018

AKERMAN, LLP

/s/ Vatana Lay
VATANA LAY ESQ.
Nevada Bar No. 12993
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
*Attorneys for Plaintiff
Bank of America, N.A.*

DATED this 30th day of May, 2018.

LIPSON NEILSON P.C.

/s/ David A. Clark
DAVID A CLARK
NEVADA No. 4443
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144
*Attorneys for Cross-Defendant
Cedar Springs Homeowners Association*

45336599;1

Lipson Neilson P.C.
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144
(702) 382-1500 FAX: (702) 382-1512

DATED this 30th day of May, 2018

ROGER P. CROTEAU & ASSOCIATES, LTD

/s/ Timothy E. Rhoda
TIMOTHY E. RHODA, ESQ.
Nevada Bar No. 7878
9120 West Post Road, Suite 100
Las Vegas, Nevada 89148
*Attorneys for Defendant
Thunder Properties, Inc.
And LVDCHG, LLC [Series 200]*

DATED this 30th day of May, 2018.

NEVADA ASSOCIATION SERVICES, INC.

/s/ Brandon E. Wood
BRANDON E. WOOD ESQ.
NEVADA NO. 12900
6224 West Desert Inn Road
Las Vegas, Nevada 89146
*Attorneys for Defendant
Hampton & Hampton Collections, LLC*

Case No. 3:16-cv-00127-HDM-WGC
STIPULATION AND ORDER TO EXTEND TIME TO
RESPOND TO MOTION FOR SUMMARY JUDGMENT (Third Request)

IT IS SO ORDERED.

DATED: May 30, 2018

By: *Howard D McKibben*
UNITED STATES DISTRICT COURT JUDGE

45336599;1

Page 3 of 3