LIPSON NEILSON P.C.
KALEB D. ANDERSON, ESQ.
Nevada Bar No. 7582
DAVID A. CLARK
Nevada Bar No. 4443
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144
(702) 382-1500 - Telephone
(702) 382-1512 - Facsimile
kanderson@lipsonneilson.com
dclark@lipsonneilson.com

*Attorneys for Defendant Sierra Cedars Condominium Homeowners Association*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A.,<br><br>Plaintiff,<br><br>v.<br><br>SIERRA CEDARS CONDOMINIUM HOMEOWNERS ASSOCIATION; LVDG SERIES 200, LLC; THUNDER PROPERTIES, INC.; HAMPTON & HAMPTON COLLECTIONS, LLC,<br><br>Defendants. | CASE NO.: 3:16-cv-00127-HDM-WGC<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO BANK OF AMERICA, N.A.'S MOTION FOR PARTIAL SUMMARY JUDGMENT [ECF No. 55]**<br><br>**(FOURTH REQUEST)** |

COME NOW Plaintiff, Bank of America, N.A., and Defendants, Thunder Properties, Inc. and LVDG, LLC [Series 200]; Sierra Cedars Condominium Homeowners Association; and Hampton & Hampton Collections, LLC, by and through their undersigned counsel, hereby stipulate and agree as follows:

1. On March 21, 2018, Plaintiff filed a Motion for Partial Summary Judgment [ECF No. 55].

2. On April 9, 2018, the parties submitted a stipulation extending the deadline to respond to said Motion for Summary Judgment until April 25, 2018 [ECF No. 58]. Said stipulation was approved on April 10, 2018 [ECF No. 59].

3. On April 24, 2018, the parties submitted a second stipulation extending the deadline to respond to said Motion for Summary Judgment until May 28, 2018 [ECF No. 61]. Said Stipulation was approved on April 24, 2018 [ECF No. 62].

4. On May 30, 2018, the parties submitted a third stipulation to extend time to respond to Bank of America, N.A.'s Motion for Partial Summary Judgment until June 12, 2018 [ECF No. 65]. Said Stipulation was approved on May 30, 2018 [ECF No. 66].

5. The parties have entered into settlement negotiations that are very close to resolving this matter. The parties have exchanged joint settlement offers and there is currently an offer that is pending recommended approval.

6. Based on the foregoing, Defendants have requested and shall be granted an extension of time for two (2) weeks, until Tuesday, June 26, 2018, to respond to Plaintiff's Motion for Partial Summary Judgment.

7. The parties certify that this Stipulation is made in good faith and the extension is not sought for the purpose of undue delay or to cause prejudice to any party.

| DATED this 12th day of June, 2018 | DATED this 12th day of June, 2018. |
|---|---|
| AKERMAN, LLP | LIPSON NEILSON P.C. |
| /s/ Vatana Lay | /s/ David A. Clark |
| VATANA LAY ESQ.<br>Nevada Bar No. 12993<br>1635 Village Center Circle, Suite 200<br>Las Vegas, Nevada 89134<br>*Attorneys for Plaintiff*<br>*Bank of America, N.A.* | DAVID A. CLARK<br>NEVADA No. 4443<br>9900 Covington Cross Drive, Suite 120<br>Las Vegas, Nevada 89144<br>*Attorneys for Defendant*<br>*Sierra Cedars Condominium Homeowners Association* |

45336599;1

| | |
|---|---|
| DATED this 12th day of June, 2018 | DATED this 12th day of June, 2018. |
| ROGER P. CROTEAU & ASSOCIATES, LTD | NEVADA ASSOCIATION SERVICES, INC. |
| /s/ Timothy E. Rhoda<br>TIMOTHY E. RHODA, ESQ.<br>Nevada Bar No. 7878<br>9120 West Post Road, Suite 100<br>Las Vegas, Nevada 89148<br>*Attorneys for Defendant*<br>*Thunder Properties, Inc.*<br>*and LVDG, LLC [Series 200]* | /s/ Brandon E. Wood<br>BRANDON E. WOOD ESQ.<br>NEVADA No. 12900<br>6224 West Desert Inn Road<br>Las Vegas, Nevada 89146<br>*Attorneys for Defendant*<br>*Hampton & Hampton Collections, LLC* |

Case No. 3:16-cv-00127-HDM-WGC
STIPULATION AND ORDER TO EXTEND TIME TO RESPOND
TO MOTION FOR PARTIAL SUMMARY JUDGMENT (Fourth Request)

IT IS SO ORDERED.

DATED: June 12, 2018

By: /s/ Howard D. McKibben
UNITED STATES DISTRICT COURT JUDGE

45336599;1