ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
VATANA LAY ESQ.
Nevada Bar No. 12993
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
vatana.lay@akerman.com

*Attorneys for Plaintiff Bank of America, N.A.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BANK OF AMERICA, N.A.,<br><br>Plaintiff,<br>vs.<br><br>SIERRA CEDARS CONDOMINIUMS HOMEOWNERS ASSOCIATION; LVDG SERIES 200, LLC; THUNDER PROPERTIES, INC.; HAMPTON & HAMPTON COLLECTIONS, LLC,<br><br>Defendants. | Case No.: 3:16-cv-00127-HDM-WGC<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME TO COMPLY WITH COURT'S MINUTE ORDER**<br>**(ECF 70)** |

Plaintiff Bank of America N.A. (**BANA**) and defendants Sierra Cedars Condominiums Homeowners Association, LVDG Series 200, LLC and Thunder Properties Inc. move for an extension of time with respect to the Court's minute order of August 24 (ECF No. 70). The parties request a two-week extension to Monday, November 5. They were unable to reach defendant Hampton & Hampton Collections LLC to ascertain its position with respect to this stipulation.

**MEMORANDUM OF POINTS AND AUTHORITIES**

1. This case concerns the effect of an HOA foreclosure conducted by Hampton on behalf of Sierra Cedars. BANA contends its deed of trust survived the foreclosure; Thunder contends it obtained title free and clear of BANA's interest.

2. The parties have agreed in principle to a settlement. Thunder will not further dispute BANA's interest in the property and will stipulate to BANA's foreclosure in exchange for BANA's dismissal of the case and other consideration.

3. However, Thunder is currently renting the property to a tenant whose lease ends on April 30, 2019. If BANA foreclosed before the end of the lease, BANA might arguably become the tenant's landlord, and BANA is not equipped to assume the duties of the landlord/tenant relationship.

4. The parties have attempted to negotiate a solution with the tenant, but the tenant has not been responsive.

5. The parties' counsel have developed an alternative solution to the problem, but they have not yet received approval from relevant decision makers on both sides. They believe they will be able to obtain such approval within the next two weeks.

//
//
//
//
//
//
//
//
//
//
//
//
//
//
//

6. The parties request an additional two weeks to approve and execute their revised settlement plan. They move the Court not to dismiss the case before Monday, November 5.

Dated this 19th day of October, 2018

| **AKERMAN LLP** | **LIPSON NEILSON P.C.** |
|---|---|
| */s/ Vatana Lay*_____<br>ARIEL E. STERN, ESQ.<br>Nevada Bar No. 8276<br>VATANA LAY, ESQ.<br>Nevada Bar No. 12993<br>AKERMAN LLP<br>1635 Village Center Circle, Suite 200<br>Las Vegas, Nevada 89134<br><br>*Attorneys for Bank of America, N.A.* | */s/ David A. Clark*_____<br>DAVID A. CLARK. ESQ.<br>Nevada Bar No. 4433<br>9900 Covington Cross Drive, Suite 120<br>Las Vegas, Nevada 89144<br><br>*Attorneys for Sierra Cedars Condominium Homeowners Association* |
| **ROGER CROTEAU & ASSOCIATES, LTD** | **NEVADA ASSOCIATION SERVICES, INC.** |
| */s/ Timothy Rhoda*_____<br>TIMOTHY RHODA, ESQ.<br>Nevada Bar No. 7878<br>9120 West Post Road, Suite 100<br>Las Vegas, Nevada 89148<br><br>*Attorneys for Thunder Properties, Inc. and LVDG Series 200, LLC* | */s/ (Could not be contacted)*_____<br>BRANDON E. WOOD, ESQ.<br>Nevada Bar No. 12900<br>6224 West Desert Inn Road<br>Las Vegas, Nevada 89146<br><br>*Attorneys for Hampton & Hampton Collections, LLC* |

### **ORDER**

The parties' deadline to comply with ECF 70 is extended to Monday, November 5, 2018. If a further extension is necessary, the parties must file their request before Monday, November 5.

DATED: October 22, 2018

*Howard D. McKibben*
_____
SENIOR U.S. DISTRICT JUDGE