# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Bank of America, N.A., | Case No. 3:16-cv-127-HDM-WGC |
| Plaintiff | |
| v. | **Order Granting Second Stipulation to Extend Time** |
| Sierra Cedars Condominiums Homeowners Association; LVDG Series 200, LLC; Thunder Properties, Inc.; Hampton & Hampton Collections, LLC, | (ECF 73) |
| Defendant | |

Plaintiff Bank of America N.A. and defendants Sierra Cedars Condominiums Homeowners Association, LVDG Series 200, LLC, Thunder Properties, Inc., and Hampton & Hampton Collections, LLC move for an extension of time as to this Court's October 22, 2018 order and August 22, 2018 minute order. The parties request a 30-day extension to provide documentation to this Court that confirms the parties' settlement and resolution of this case.

This Court grants the requested extension. Thus, the parties must comply with this Court's October 22, 2018 order and August 22, 2018 minute order by December 5, 2018. No future requests for more time will be granted.

IT IS SO ORDERED.

Dated: November 1, 2018

_____
Howard D. McKibben
Senior U.S. District Judge